JOHN W. HUBER, United States Attorney (#7226)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
MARK K. VINCENT, Assistant United States Attorney (#5357)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
OCT 07 '20 PM02:58

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES WILLIAM BROADHEAD<br><br>Defendant.<br><br>Case: 1:20-cr-00089<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 10/7/2020<br>Description: | <u>INDICTMENT</u><br><br>VIOLATIONS:<br><br>COUNTS 1-2: 21 U.S.C. § 841(a)(1),<br>Distribution of Methamphetamine<br><br>COUNTS 3-4: 18 U.S.C. § 924(c),<br>Possession of Firearm In Furtherance of<br>Narcotics Trafficking<br><br>COUNT 5-7: 18 U.S.C. § 922(g)(1),<br>Felon in Possession of a Firearm and<br>Ammunition |

The Grand Jury Charges:

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about July 9, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
### 21 U.S.C. § 841(a)(1)
### (Distribution of Methamphetamine)

On or about July 15, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
### 18 U.S.C. § 924(c)
### (Possession of a Firearm in Furtherance of Narcotics Trafficking)

On or about July 9, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, did knowingly possess a firearm, to wit: an Izmash Saiga-12 shotgun and associated ammunition, in furtherance of a narcotics trafficking offense for which he may be prosecuted in a court of the United States as set forth in Count 1 and incorporated herein, that is, knowingly and intentionally distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A).

2

COUNT 4
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of Narcotics Trafficking)

On or about July 15, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, did knowingly possess a firearm, to wit: a Hi-Point CF pistol, .380 caliber, and associated ammunition, and a Winchester Super X Model 2 shotgun, 12 gauge, in furtherance of a narcotics trafficking offense for which he may be prosecuted in a court of the United States as set forth in Count 2 and incorporated herein, that is, knowingly and intentionally distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A).

COUNT 5
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 9, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Izmash Saiga-12 shotgun and ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

3

COUNT 6
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 15, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms and ammunition, to wit: a Hi-Point CF pistol, .380 caliber, and ammunition, and a Winchester Super X Model 2 shotgun, 12 gauge, and the firearms and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

COUNT 7
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 29, 2020, in the District of Utah,

JAMES WILLIAM BROADHEAD,

defendant herein, knowing he had previously been convicted of a crime punishable by a term exceeding one year, knowingly possessed firearms and ammunition, to wit: an Ineria Firearms JC pistol, .40 caliber, and ammunition, and a Smith & Wesson M&P Shield pistol, .45 ACP, and ammunition, and the firearms and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. §§ 922 and 924(c), as set forth in this indictment, the defendant

4

shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offenses, including, but not limited to:

- a Izmash Saiga-12 shotgun and ammunition;

- a Hi-Point CF pistol, .380 caliber, and ammunition;

- a Winchester Super X Model 2 shotgun, 12 gauge;

- an Ineria Firearms JC pistol, .40 caliber, and ammunition; and

- a Smith & Wesson M&P Shield pistol, .45 ACP, and ammunition.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
JENNIFER E. GULLY
MARK K. VINCENT
STEWART M. YOUNG
Assistant United States Attorneys

5