IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| USA,<br><br>       Plaintiff,<br><br>v.<br><br>James William Broadhead,<br><br>       Defendant. | **ORDER**<br><br>Case No. 1:20CR0089 RJS<br><br>District Judge Robert J. Shelby |

Before the court is Defendant's Second Motion to Correct Judgment, docket entry 47. In his second motion, the Defendant states that the Bureau of Prisons gave him credit for time incarcerated from 8/1/2022.   On 8/17/2021 before this court, the Defendant received a sentence of 72 months and 1 day custody of Bureau of Prisons, with credit for time served in federal custody.   This court reached out to the Bureau of Prisons to verify the calculation of the Defendant's sentence.  The Bureau of Prison's calculated the start of the Defendant's sentence as of 12/6/2021, but also gave him credit back to 9/24/2020.  On 12/6/2021, the Defendant was in the Third District Court, Salt Lake City, Utah on cases 201909475, 201909252, 201911386 and was given jail time of 364 days.

Therefore, there Defendant is not correct in his second motion stating that he was only given credit for time served since 8/1/2022 and his second motion is DENIED.

DATED this 13th day of June, 2025.

BY THE COURT:

_____
Robert J. Shelby
United States District Judge